UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------

Nextel Communications of the Mid-Atlantic, Inc.
d/b/a Nextel Communications

        Plaintiff,

vs.

The Town of Hanson, Massachusetts and the
Massachusetts State Board of Building Regulations
and Standards

        Defendants

Mr. and Mrs. Stephen DeFrancesco, Marston Realty
Trust and Hirschfeld Communications LLC,

        Proposed Intervenors :
------------------------------------ x

CIVIL ACTION NO.
_____

03cv12563 DPW

## MOTION FOR ADMISSION PRO HAC VICE

**NOW COMES** Danielle L. Pacik, an associate of Devine, Millimet & Branch, Professional Association, counsel to the plaintiff Nextel Communications of the Mid-Atlantic, Inc. d/b/a Nextel Communications ("Nextel Communications"), and respectfully moves for the admission *pro hac vice* of Attorney Steven E. Grill to practice before this Court on behalf of Nextel. In support of his Motion, the undersigned states as follows:

1. Attorney Steven E. Grill is a member in good standing in the bar of the States of New Hampshire and New York, the federal bars of United States District Court for the District of New Hampshire, Southern District of New York, and Eastern District of New York, and is a partner in the firm of Devine, Millimet & Branch of Manchester, New Hampshire.

2.  Attorney Steven E. Grill is regular counsel to Nextel Communications and has been asked by Nextel Communications to take the lead role in its representation in the above-captioned action.

3.  The undersigned, or another attorney from Devine, Millimet & Branch, will be involved as local counsel throughout this case and will appear at all hearings or trials unless excused by the Court.

4.  The Declaration of Steven E. Grill in support of Motion for Admission *Pro Hac Vice* is filed herewith and incorporated herein by reference.

**WHEREFORE**, Danielle L. Pacik respectfully moves this Court for an order admitting Attorney Steven E. Grill to practice before this Court *pro hac vice* in connection with all aspects of the above-captioned action.

Respectfully submitted,

Dated: December 18, 2003         By: _____
                                    Danielle E. Pacik, Esquire (BBO # 653753)
                                    111 Amherst Street, P.O. Box 719
                                    Manchester, NH 03105-0719
                                    (603) 669-1000

### CERTIFICATE OF SERVICE

I hereby certify on this 18th day of December 2003, a copy of the foregoing Motion for Admission *Pro Hac Vice* was served upon Katharine Doyle, Esquire, counsel for the Town; Assistant Attorney General John Hitt, counsel for the State Board; Anthony Feeherry, Esquire, counsel for Marston Realty Trust and Hirschfeld Communications, LLC; and, Paul J. Moriarty, Esquire, counsel to Mr. and Mrs. DeFrancisco

_____
Danielle E. Pacik, Esquire

J:\wdox\docs\clients\10339\55130\M0534428.DOC