UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------x
Nextel Communications of the Mid-Atlantic, Inc.
d/b/a Nextel Communications

               Plaintiff,

vs.                                                    CIVIL ACTION NO.

The Town of Hanson, Massachusetts and the
Massachusetts State Board of Building Regulations :
and Standards

               Defendants

Mr. and Mrs. Stephen DeFrancesco, Marston Realty
Trust and Hirschfeld Communications LLC,

               Proposed Intervenors :
------------------------------------x

## DECLARATION OF STEVEN E. GRILL

Steven E. Grill declares that:

    1.    I am a partner in the firm of Devine, Millimet & Branch, Professional Association at 111 Amherst Street, P.O. Box 719, Manchester, New Hampshire, 03104. My office telephone number is (603) 669-1000.

    2.    I certify that I am a member in good standing of the bar of the States of New Hampshire and New York and the district court bars of New Hampshire, New York, Eastern District of New York, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

    3.    I am not currently admitted in this district.

4.  I am not currently suspended or disbarred in any jurisdiction nor have I ever been suspended or disbarred in any jurisdiction.

5.  I have read, acknowledge, and am familiar with, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Massachusetts Supreme Judicial Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

6.  For purposes of his case I have associated with local associate counsel, Danielle L. Pacik, Esquire, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

**I declare under penalties and pains of perjury that the foregoing is true and correct.**

Dated: December 19, 2003

_____
Steven E. Grill, Esquire

## CERTIFICATE OF SERVICE

I hereby certify on this 19th day of December 2003, a copy of the foregoing Declaration of Steven E. Grill was served upon Katharine Doyle, Esquire, counsel for the Town; Assistant Attorney General John Hitt, counsel for the State Board; Anthony Feeherry, Esquire, counsel for Marston Realty Trust and Hirschfeld Communications, LLC; and, Paul J. Moriarty, Esquire, counsel to Mr. and Mrs. DeFrancesco.

_____
Steven E. Grill, Esquire

J:\wdox\docs\clients\10339\55130\M0534434.DOC