UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------- x
Nextel Communications of the Mid-Atlantic, Inc. :
d/b/a Nextel Communications

                Plaintiff,   :

vs.   :  **CIVIL ACTION NO.**
                                            :  **03-12563-DPW**

The Town of Hanson, Massachusetts and the
Massachusetts State Board of Building   :
Regulations and Standards

                     :

               Defendants

                     :

Mr. and Mrs. Stephen DeFrancesco, Marston
Realty Trust and Hirschfeld Communications   :
LLC,

                     :

              Proposed
Intervenors
------------------------------- x

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**Appendix to Plaintiff's Statement of Undisputed Fact Pursuant to Local Rule 56.1**

The original documents are maintained in the case file in the case file in the Clerk's Office.

December 19 2003
_____
Date

_____
Steven E. Grill, Esquire
Counsel for Nextel Communications of the
Mid-Atlantic, Inc. d/b/a Nextel Communications
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719
(603) 669-1000