UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03-12563-DPW

NEXTEL COMMUNICATIONS,

Plaintiff,

v.

TOWN OF HANSON, ET AL.,

Defendants.

## ASSENTED-TO MOTION TO ENLARGE TIME
## FOR FILING STATE-DEFENDANT'S RESPONSE

The State Defendant, the Massachusetts Building Code Appeals Board, hereby moves to enlarge the time for filing its response until January 23, 2004 and the time for plaintiff to file a reply brief until February 4, 2004. This would be an enlargement of 7 days, respectively. As grounds for this motion the State Defendant needs the additional time to complete the factual and legal research necessary to respond to the plaintiff's summary judgment motion.

Counsel for the plaintiff has graciously assented to this motion so long as it does not require postponing the hearing scheduled for February 13, 2004. Counsel for the Defendant Town has also assented to this motion.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
John R. Hitt (BBO # 567235)
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108
(617) 727-2200, ext. 2995

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand)
on 1/15/04

DATED: January 15, 2004



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

(617) 727-2200
www.ago.state.ma.us

THOMAS F. REILLY
ATTORNEY GENERAL

January 15, 2004

**By Hand**

Tony Anastas, Clerk
U.S. District Court
One Courthouse Way, 2nd Floor
Boston, MA 02210

　　　Re:　Nextel v. Town of Hanson, et al., Civil Action No. 03-12563-DPW

Dear Mr. Anastas:

　　　Enclosed for filing and docketing in this action please find the Assented-To Motion to Enlarge Time For Filing State-Defendant's Response.

　　　Thank you for your attention to this matter.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　John R. Hitt
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Government Bureau
　　　　　　　　　　　　　　　　　　　　(617) 727-2200, ext. 2995

Enclosure

JRH

cc:　Steven Grill, Esq. (By fax and mail)(603.669.8547)
　　　Katharine Doyle, Esq. (By fax and mail)(617.654.1735)
　　　Paul Moriarty, Esq. (By fax and mail)(617.871.3223)