## PROOF OF SERVICE

Pursuant to Local Rule 5.2b, I hereby certify that a true copy of the following documents:

1. Motion to Intervene - as of Right - Interest in Action

2. Memorandum in Support of Motion for Leave to Intervene

3. Defendant's Answer

4. Memorandum in Support of Defendants' Opposition to Plaintiffs Motion for Summary Judgment.

was served on January 19, 2004 by mail upon the following:
a) Steven E. Grill, attorney of record for Nextel Communications of the Mid-Atlantic, Inc, d/b/a Nextel Communications at Devine, Millimet & Branch,111 Amherst Street. P.O. Box 719, Manchester, NH 03105-0719;

b) John R. Hitt, Assistant Attorney General of record for the Massachusetts State Building Code Appeals Board at One Ashburton Place, Boston, MA 02108-1598;

c) Katherine Doyle, attorney of record for The Town of Hanson at Kopelman and Paige, 31 St. James Avenue, Boston, MA 02116; and

d) Anthony M. Feeherry, attorney of record for Marston Realty Trust and Hirschfeld Communications at Exchange Place, Boston, MA 02109-2881.

Paul J. Moriarty (BBO #354940)
22 Washington Street

Norwell, MA  02108

Phone: 781 - 871 - 3200

11