## FOREWORD and ACKNOWLEDGMENTS

## THE MASSACHUSETTS STATE BUILDING CODE (780 CMR), *SIXTH EDITION*

### FOREWORD

The *Sixth Edition* of 780 CMR, the Massachusetts State Building Code has been revised from the *Fifth Edition* to make it consistent with the common code format of the National Code, the Uniform Building Code and the Southern Building Code, both in chapter and sub-chapter numbering. The technical content is based on the 1993 edition of the Building Officials and Code Administrators (BOCA) National Building Code. Extensive technical changes have been made as a result of reviews by the BBRS technical advisory committees, listed in this section, and also as required by Massachusetts General Laws and Specialized Codes and Regulations.

Chapter 36, *the One and Two Family Dwelling Code*, has been revised from the *Fifth* to the *Sixth Edition* to make it consistent with the 1995 edition of the CABO One and Two Family Dwelling Code to the extent practicable. Substantive changes have been made as a result of reviews by the BBRS staff, state and municipal building officials, and technical advisory boards.

The following chapters are considered unique to the Commonwealth of Massachusetts, in their entirety:

| Chapter | | Description |
|---|---|---|
| Chapter 1  | - | Administration |
| Chapter 9  | - | Fire Protection Systems |
| Chapter 11 | - | Accessibility |
| Chapter 13 | - | Energy Conservation |
| Chapter 16 | - | Structural Loads |
| Chapter 18 | - | Foundations and Retaining Walls |
| Chapter 27 | - | Electrical Wiring and Equipment |
| Chapter 29 | - | Plumbing and Gasfitting |
| Chapter 30 | - | Elevator and Conveying Systems |
| Chapter 34 | - | Repair, Alteration and Change of Use of Existing Buildings |
| Chapter 35 | - | Manufactured Buildings, Building Components and Mobile Homes |

Several differences appear in the format of the *Sixth Edition* from that of the *Fifth Edition*; a major change pertaining to the numbering system. Other changes in the content of the *Sixth Edition* that are different from that of national building code, are shown in *bold-faced, italicized type*. Chapters which are significantly different than the national building code are identified with the parenthetical statement *This Chapter is Entirely Unique to Massachusetts*.

The *Sixth Edition* of the Massachusetts State Building Code (780 CMR) becomes effective on February 28, 1997.

In recognition of the time periods involved in the planning, design and construction of buildings and building related projects and in order to effect an orderly and equitable transition between the *Fifth Edition* and *Sixth Edition*, the State Board of Building Regulations and Standards implements the following policy;

From February 28, 1997 to August 27, 1997 the *Fifth* and *Sixth Editions* of the Massachusetts State Building Code shall be considered to be concurrently effective. During this period, the end user may elect to utilize the provisions of either the *Fifth Edition* in its entirety or the *Sixth Edition* in its entirety.

The *Fifth Edition* will be automatically repealed on August 27, 1997 after which date all users shall comply with the provisions of the *Sixth Edition*.

### PURCHASING OPTIONS

The *One and Two-Family Dwelling Code*, identified in the *Sixth Edition* as Chapter 36, may be purchased as a separate package, including Chapter 1, Administration and Enforcement and Appendix A, or it may be purchased as part of the entire code package.

The ***Rules and Regulations of the Board of Building Regulations and Standards*** identified as 780 CMR-R1 through 780 CMR-R7, may be purchased as a separate package or as part of the entire code package.

Also available is the *Guide to the Sixth Edition of the Massachusetts State Building Code*. This guide was developed to assist code users in making the transition between the *Fifth Edition* and *Sixth Edition* and is sold as part of the code. It includes a *Chapter\Article Number Cross Reference-Index* and a *Summary of Major Changes* made in the *Sixth Edition* relative to the *Fifth Edition* and the national building code.

The code may be ordered in any manner identified above by calling the State House Bookstore @ (617) 727-2834.