# CHAPTER 1

## ADMINISTRATION
*(Substantial portions of this Chapter are entirely unique to Massachusetts)*

### 780 CMR 101.0 SCOPE

**101.1 Title**: 780 CMR shall be known as the Commonwealth of Massachusetts State Building Code.

**101.2 Scope**: 780 CMR, in accordance with St. 1984, c. 348, as amended shall control all matters concerning;
   (a) the construction, reconstruction, alteration, repair, demolition, removal, inspection, issuance and revocation of permits or licenses, installation of equipment, classification and definition of any *building* or *structure* and use or *occupancy* of all *buildings* and *structures* or parts thereof except bridges and appurtenant supporting structures which have been or are to be constructed by, or are under the custody and control of the Department of Public Works (Massachusetts Highway Department), the Massachusetts Turnpike Authority, the Massachusetts Bay Transportation Authority, the Metropolitan District Commission, or the Massachusetts Port Authority or for which said agencies have maintenance responsibility;
   (b) the rehabilitation and maintenance of *existing buildings*;
   (c) the standards or requirements for materials to be used in connection therewith, including but not limited to provisions for safety, ingress and egress, energy conservation and sanitary conditions;
   (d) the establishment of reasonable fees for inspections and the issuance of licenses to individuals engaged as construction supervisors;
   (e) the certification of inspectors of buildings, building commissioners and local inspectors and;
   (f) the registration of Home Improvement Contractors pursuant to MGL c 142A, except as such matters are otherwise provided for in the Massachusetts General Laws Annotated, or in the rules and regulations authorized for promulgation under the provisions of 780 CMR.
   (g) other duties and responsibilities as defined in 780 CMR R1 through R7.

**101.3 Application of references**: Unless otherwise specifically provided for in 780 CMR, all references to chapter or section numbers, or to provisions not specifically identified by number, shall be construed to refer to such chapter, section or provision of 780 CMR.

**101.4 Intent**: 780 CMR shall be construed to secure its expressed intent, which is to insure public safety, health and welfare insofar as they are affected by building construction, through structural strength, adequate *means of egress* facilities, sanitary conditions, light and ventilation, energy conservation and fire safety; and, in general, to secure safety to life and property from all hazards incident to the design, construction, reconstruction, alteration, repair, demolition, removal, use or *occupancy* of *buildings*, *structures* or *premises*.

**101.5 Specialized Codes**: Specialized codes, rules or regulations pertaining to building construction, reconstruction, alteration, repair or demolition, promulgated, and under the authority of the various boards which have been authorized by the general court shall be incorporated into 780 CMR. The said specialized codes, rules or regulations include, but are not limited to, those listed in *Appendix A*.

**101.6 Referenced standards**: The standards referenced in 780 CMR and listed in *Appendix A* shall be considered part of the requirements of 780 CMR to the prescribed extent of each such reference. Where differences occur between provisions of 780 CMR and referenced standards, the provisions of 780 CMR shall apply. The administrative provisions of 780 CMR shall apply to all standards referenced in *Appendix A*, other than the specialized codes in 780 CMR 101.5.

### 780 CMR 102.0 APPLICABILITY

**102.1 General**: The provisions of 780 CMR shall apply to all matters affecting or relating to *buildings* and *structures*, as set forth in 780 CMR 101.0 and shall apply with equal force to municipal, county, state authorities of or established by the legislature and private *buildings* and *structures*, except where such *buildings* and *structures* are otherwise provided for by statute. The construction, reconstruction, alteration, repair, addition, change in use or *occupancy*, demolition, removal of all *buildings* and *structures* shall comply with 780 CMR.

**102.2 Matters not provided for**: Any requirements that are essential for the structural, fire or sanitary safety, interior climate comfort of an existing or proposed *building* or *structure*, or for the safety of the occupants thereof, which are not specifically provided for by 780 CMR, shall be determined by the building official. The State Board of Building Regulations and Standards (hereinafter referred to as the BBRS) and the Department of Public Safety shall be notified by the building official in writing within seven working days of any action taken pursuant to 780 CMR 102.2.