# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03-12563-DPW

NEXTEL COMMUNICATIONS,

Plaintiff,

v.

TOWN OF HANSON, ET AL.,

Defendants.

## ADMINISTRATIVE RECORD

THOMAS F. REILLY
ATTORNEY GENERAL

John R. Hitt
BBO #567235
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, MA  02108
(617) 727-2200, ext. 2995