UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC dba NEXTEL COMMUNICATIONS,
    Plaintiff

v.                                        CIVIL ACTION 03-12563-DPW

THE TOWN OF HANSON, ET AL.,
    Defendants

## **JUDGMENT**

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order entered March 26, 2004 granting Summary Judgment as to all defendants, it is hereby ORDERED ADJUDGED AND DECREED:

**Judgment for the Defendants against the Plaintiff.**

                                              BY THE COURT,

                                              /s/Rebecca Greenberg
                                              Deputy Clerk

DATED: March 26, 2004